Braulio C. GOMEZ, Appellant,

v.

STATE of Missouri, Respondent.

WD 77808

Missouri Court of Appeals, Western District.

ORDER FILED: August 25, 2015

Ellen H. Flottman, Assistant Public Defender, Columbia, MO, Attorney for Appellant,

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, and Lisa White Hardwick and Anthony Rex Gabbert, Judges

## Order

Per Curiam:

Braulio Gomez appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Gomez argues that the motion court clearly erred in denying his claims because trial counsel was ineffective in failing to call two witnesses at Gomez's trial. But because trial counsel's decisions were based upon reasonable trial strategy, the motion court committed no error in overruling Gomez's motion. We affirm. Rule 84.16(b).